IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB TULSKY<br><br>         **Plaintiff,**<br><br>    **v.**<br><br>**ONE SIXTY OVER NINETY, LLC,**<br>**d/b/a 160OVER90**, *et al.*<br><br>         **Defendants.** | CIVIL ACTION NO.  21-2826 |

## ORDER

**AND NOW**, this 9th day of July 2021, upon consideration of the Stipulation and Consent Motion [Doc. No. 3], it is hereby **ORDERED** that the Stipulation is **APPROVED** and the Motion is **GRANTED** as follows:

1. The claims against Defendant Douglas Tibbetts are **DISMISSED with prejudice**.

2. Pursuant to 9 U.S.C. § 3, the Clerk is directed to place the case into **CIVIL SUSPENSE** until further order of the Court while the parties proceed to binding arbitration before JAMS or AAA.

3. The parties shall notify the Court promptly upon resolution of the arbitration and shall submit status reports every 120 days.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**